AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Hennessy, David H. | **2. Court or Organization**<br><br>United States District Courts, District of Massachusetts | **3. Date of Report**<br><br>08/08/2018 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge - full time | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Donahue Federal Building, 595 Main Street, Worcester, MA 01608

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hennessy, David H. | 08/08/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hennessy, David H. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bonds | A | Interest | M | T | | | | | |
| 2. Bank of America Accounts | A | Interest | K | T | | | | | |
| 3. Capital One Accounts | A | Interest | L | T | | | | | |
| 4. Digital Federal Credit Union Account | A | Interest | J | T | | | | | |
| 5. IRA: Spectrum Advisor MAPS Strategic Aggressive Growth #1 | | | | | | | | | |
| 6. - Pershing Goverment Account | | None | J | T | | | | | |
| 7. - Harbor International Fund Institutional Class | C | Dividend | L | T | | | | | |
| 8. - Homestead Vaule Fund | D | Dividend | L | T | Sold (part) | 12/26/17 | J | | |
| 9. - Northern Small Cap Value Fund | C | Dividend | L | T | Buy (add'l) | 12/27/17 | J | | |
| 10. -Oppenheimer Developing Markets Class Y | A | Dividend | K | T | Sold (part) | 12/26/17 | J | | |
| 11. - PIMCO Commodity Real Return Strategy Fund Institutional Class | A | Dividend | J | T | Buy (add'l) | 12/27/17 | J | | |
| 12. - T Rowe Price Blue Chip Growth | B | Dividend | K | T | Sold (part) | 12/26/17 | J | | |
| 13. - T Rowe Price New Horizons | C | Dividend | K | T | Sold (part) | 12/26/17 | J | | |
| 14. - Van Eck Global Hard Assets Fund Class Y | | None | J | T | Buy (add'l) | 12/27/17 | J | | |
| 15. - Virtus Real Estate Securities Fund Class I | B | Dividend | J | T | | | | | |
| 16. - Virtus International Real Estate Sec. Class I | A | Dividend | J | T | | | | | |
| 17. - Oakmark International Small Cap Fund Investor Class | | None | | | Sold | 02/06/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hennessy, David H. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Oakmark International Small Cap Fund Institutional Class | A | Dividend | K | T | Buy | 02/06/17 | J | | |
| 19. IRA: Spectrum Advisor MAPS Strategic Aggressive Growth #2 | | | | | | | | | |
| 20. - Pershing Government Account | | None | J | T | | | | | |
| 21. - AMCAP Fund Class F-2 | C | Dividend | L | T | Sold (part) | 12/26/17 | J | | |
| 22. - Dodge & Cox International Fund | B | Dividend | L | T | | | | | |
| 23. - Fidelity Advisor International Growth Fund Class I | A | Dividend | L | T | | | | | |
| 24. - Harbor International Fund Institutional Class | C | Dividend | L | T | Sold (part) | 12/26/17 | J | | |
| 25. - Homestead Value Fund | D | Dividend | L | T | Sold (part) | 12/26/17 | J | | |
| 26. - Keeley Small Cap Value Fund Class I | | None | | | Sold | 02/15/17 | L | | |
| 27. - Lazard Emerging Markets Institutional Class | A | Dividend | K | T | | | | | |
| 28. - Northern Small Cap Value Fund | D | Dividend | M | T | Buy (add'l) | 02/16/17 | L | | |
| 29. | | | | | Sold (part) | 12/26/17 | K | | |
| 30. - Oppenheimer Developing Markets Class Y | A | Dividend | K | T | | | | | |
| 31. - PIMCO Commodity Real Return Strategy Fund Institutional Class | B | Dividend | K | T | Buy (add'l) | 12/27/17 | J | | |
| 32. - T Rowe Price New Horizons Fund I Class | D | Dividend | L | T | Sold (part) | 12/26/17 | K | | |
| 33. - Van Eck Global Hard Assets Fund Class Y | | None | K | T | Buy (add'l) | 12/27/17 | J | | |
| 34. - Vanguard Windsor II Fund Admiral Shares | D | Dividend | L | T | Sold (part) | 12/26/17 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hennessy, David H. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Virtus Real Estate Securities Fund Class I | C | Dividend | K | T | | | | | |
| 36.  - Virtus International Real Estate Securities I | A | Dividend | K | T | | | | | |
| 37.  - Oakmark International Small Cap Fund Investor Class | | None | | | Sold | 02/06/17 | K | | |
| 38.  - Oakmark International Small Cap Fund Institutional Class | B | Dividend | L | T | Buy | 02/06/17 | K | | |
| 39.  - T Rowe Price Blue Chip Growth Fund Class I | B | Dividend | L | T | | | | | |
| 40.  - PIA Short Term Government Securities Fund | | None | M | T | Buy | 12/27/17 | L | | |
| 41.  American Funds Non-Retirement #2 | | | | | | | | | |
| 42.  - AF Short-Term Tax-Exempt Bond Fund-A | B | Dividend | L | T | Buy (add'l) | 03/13/17 | K | | |
| 43.  - AMCAP Fund-A | B | Dividend | K | T | | | | | |
| 44.  - American Balanced Fund-A | A | Dividend | K | T | | | | | |
| 45.  - American High-Income Muni Bond Fund-A | A | Dividend | | | Sold | 03/13/17 | J | | |
| 46.  - The Bond Fund of America-A | A | Dividend | | | Sold | 03/13/17 | J | | |
| 47.  - Capital World Bond Fund-A | | None | | | Sold | 03/13/17 | J | | |
| 48.  - The Growth Fund of America-A | B | Dividend | K | T | | | | | |
| 49.  - The Income Fund of America-A | A | Dividend | J | T | | | | | |
| 50.  - Intermediate Bond Fund of America-A | A | Dividend | | | Sold | 03/13/17 | J | | |
| 51.  - Ltd. Term Tax-Ex Bond Fund of America-A | A | Dividend | | | Sold | 03/13/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hennessy, David H. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - New World Fund-A | A | Dividend | K | T | | | | | |
| 53. - Small Cap World Fund-A | C | Dividend | L | T | | | | | |
| 54. - U.S. Government Securities Fund-A | A | Dividend | | | Sold | 03/13/17 | J | | |
| 55. - Washington Mutual Investors Fund-A | B | Dividend | K | T | | | | | |
| 56. American Funds Education #3 | | | | | | | | | |
| 57. - AF U.S.Govt. MMkt-529A(formerly American Funds MMkt. Fund-529A) | A | Dividend | M | T | Buy (add'l) | 03/22/17 | M | | |
| 58. | | | | | Sold (part) | 07/17/17 | K | | |
| 59. | | | | | Sold (part) | 12/12/17 | K | | |
| 60. - New World Fund-529A | | None | | | Sold | 03/22/17 | K | | |
| 61. - Short-Term Bond Fund of America-529A | A | Dividend | | | Sold | 03/22/17 | L | | |
| 62. - U.S. Government Securities Fund-529A | A | Dividend | | | Sold | 03/22/17 | K | | |
| 63. - Washington Mutual Investors Fund-529A | A | Dividend | | | Sold | 03/22/17 | K | | |
| 64. - Intermediate Bond Fund of America-529A | A | Dividend | | | Sold | 03/22/17 | K | | |
| 65. American Funds Education #4 | | | | | | | | | |
| 66. - American Balanced Fund-529A | A | Dividend | | | Sold | 03/22/17 | K | | |
| 67. AF U.S. Govt. MMkt-529A(formerly American Funds MMkt Fund-529A) | A | Dividend | L | T | Buy (add'l) | 03/22/17 | K | | |
| 68. | | | | | Sold (part) | 07/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/20/17 | J | | |
| 70. American Funds Education #5 | | | | | | | | | |
| 71. - AF U.S. Govt. MMkt-529A(formerly American Funds MMkt Fund-529A | A | Dividend | | | Sold | 12/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hennessy, David H. | 08/08/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ David H. Hennessy**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544